**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 25-333, 25-296

Caption [use short title]: United States v. Menendez

**Motion for:** Extension of Time to File Opening Brief

Set forth below precise, complete statement of relief sought:

Motion for extension of time until June 6, 2025, within which to file appellant brief.

**MOVING PARTY:** Robert Menendez

☐ Plaintiff ☒ Defendant

☒ Appellant/Petitioner ☐ Appellee/Respondent

**OPPOSING PARTY:** United States

**MOVING ATTORNEY:** Noel J. Francisco

**OPPOSING ATTORNEY:** Daniel Richenthal

[name of attorney, with firm, address, phone number and e-mail]

| | |
|---|---|
| Jones Day | United States Attorney's Office for the Southern District of New York |
| 51 Louisiana Avenue, NW, Washington, DC 20001 | One St. Andrew's Plaza, New York, NY 10007 |
| njfrancisco@jonesday.com, 202-879-3939 | daniel.richenthal@usdoj.gov, 212-637-2343 |

Court- Judge/ Agency appealed from: Hon. Sidney H. Stein, Southern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain):

Opposing counsel's position on motion:
☒ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☒ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No

Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No If yes, enter date:

**Signature of Moving Attorney:**

/s/ Noel J. Francisco **Date:** 5/8/2025 Service : ☒ Electronic ☐ Other [Attach proof of service]

**Form T-1080** (rev. 10-23)

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

UNITED STATES OF AMERICA

*Appellee*,

v.

ROBERT MENENDEZ, WAEL HANA, FRED DAIBES

*Defendants-Appellants*.

Nos. 25-333, 25-296

## DEFENDANT-APPELLANT ROBERT MENENDEZ'S UNOPPOSED MOTION TO EXTEND OPENING BRIEF DEADLINE

Pursuant to Federal Rules of Appellate Procedure 26 and 27 and this Court's Rule 27.1, Defendant-Appellant Robert Menendez respectfully moves to extend the time within which he may file his opening brief on the merits by 10 days, from the current due date of May 27, 2025, to June 6, 2025, to facilitate orderly briefing by aligning his briefing schedule with that of his co-defendants. This is Senator Menendez's first request for an extension. The government does not oppose this motion.

1. Senator Menendez appeals from a judgment of conviction entered on January 31, 2025, following a nine-week trial in the United States District Court for the Southern District of New York before the Honorable Sidney H. Stein. Senator Menendez was convicted of fifteen counts stemming from alleged bribery schemes.

Two co-defendants, Wael Hana and Fred Daibes, were convicted of related offenses. Judge Stein sentenced Senator Menendez to a term of 132 months' imprisonment.

2. The current deadline for Senator Menendez's opening brief on the merits is May 27, 2025. Based on minor variations in the timing of the respective notices of appeal filed by Senator Menendez and his co-defendants, the co-defendants' opening briefs are currently all due on different dates. Mr. Hana's opening brief is currently due on May 23, 2025. Mr. Daibes's opening brief is currently due on June 6, 2025.

3. For the convenience of the Court and the parties, Senator Menendez requests a short extension of 10 days, to June 6, 2025, to bring his briefing schedule into alignment with that of Mr. Daibes. Mr. Hana has filed a similar motion. Granting the requested extensions would accordingly align the briefing dates of the co-defendants, along with the government's corresponding response deadlines. This will also ensure that counsel has sufficient time to review the voluminous record amassed over the nine-week trial, and prepare an opening brief, in consultation with Senator Menendez.

4. Senator Menendez has conferred with counsel for the government, which does not oppose the requested relief or intend to file a response to this motion.

5. For the foregoing reasons, Senator Menendez respectfully requests an extension of time to file his opening brief until June 6, 2025.

Dated: May 8, 2025

*/s/ Noel J. Francisco*
Noel J. Francisco
*Counsel of Record*
John Henry Thompson
JONES DAY
51 Louisiana Avenue NW
Washington, D.C. 20001
(202) 879-3939
njfrancisco@jonesday.com
jhthompson@jonesday.com

Meir Feder
JONES DAY
250 Vesey Street
New York, New York 10281-1047
(212) 326.3939
mfeder@jonesday.com

David K. Suska
JONES DAY
150 West Jefferson, Suite 2100
Detroit, Michigan 48226-4438
dsuska@jonesday.com

*Counsel for Defendant-Appellant*
*Robert Menendez*

## CERTIFICATE OF COMPLIANCE

This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Garamond font.

This motion complies with the word limits of Federal Rule of Appellate Procedure 27(d)(2) because, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f), it contains 377 words, as determined by the word-count function of Microsoft Word 365.

Dated: May 8, 2025

*/s/ Noel J. Francisco*
Noel J. Francisco

*Counsel for Defendant-Appellant*
*Robert Menendez*

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2025, I electronically filed the above document with the Clerk of the Court of the United States Court of Appeals for the Second Circuit by using the appellate ACMS system. I certify that all participants in the case are registered ACMS users and that service will be accomplished by the appellate ACMS system.

Dated: May 8, 2025

*/s/ Noel J. Francisco*
Noel J. Francisco

*Counsel for Defendant-Appellant Robert Menendez*