NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: United States v. Menendez  Docket No.: 25-296

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Adam J. Fee

Firm: PAUL HASTINGS LLP

Address: 1999 Avenue of the Stars, 27th Floor, Los Angeles, CA 90067

Telephone: (310) 620-5719   Fax: (310) 620-5899

E-mail: adamfee@paulhastings.com

Appearance for: Robert Menendez
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Avi Weitzman / Paul Hastings LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 01/21/2011   OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Adam J. Fee

Type or Print Name: Adam J. Fee