**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 25-296, 25-302, 25-333

Caption [use short title]

United States v. Menendez et al.

**Motion for:** Extension of Time to File Reply Briefs

Set forth below precise, complete statement of relief sought:

Defendants-Appellants Robert Menendez, Wael Hana, and Fred Daibes respectfully move for a brief fourteen-day extension of the deadline to file their reply briefs, up to and including October 14, 2025.

**MOVING PARTY:** Robert Menendez, Wael Hana, and Fred Daibes

**OPPOSING PARTY:** United States

☐ Plaintiff ☑ Defendant

☑ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:**

**OPPOSING ATTORNEY:** Paul M. Monteleoni

[name of attorney, with firm, address, phone number and e-mail]

Noel J. Francisco, Jones Day, 51 Louisiana Avenue NW, Washington, D.C. 20001, (202) 879-3939, njfrancisco@jonesday.com

Paul D. Clement, Clement & Murphy, PLLC, 706 Duke Street, Alexandria, VA 22314, (202) 742-8900, paul.clement@clementmurphy.com

Christopher G. Michel, Quinn Emanuel Urquhart & Sullivan, LLP, 1300 I Street NW, Suite 900, Washington, D.C. 20005, (202) 538-8120, chris

United States Attorney's Office for the Southern District of New York

26 Federal Plaza, 37th Floor, New York, NY 10278

(212) 637-2219, Paul.Monteleoni@usdoj.gov

Court- Judge/ Agency appealed from: Hon. Sidney H. Stein, Southern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed ☑ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No

Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No If yes, enter date:

**Signature of Moving Attorney:**

/s/ Noel J. Francisco, /s/ Paul D. Clement, /s/ Christopher G. Michel

**Date:** 9/10/2025

Service by: ☑ CM/ECF ☐ Other [Attach proof of service]

**Form T-1080** (rev.12-13)

# IN THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Appellee*,<br>v.<br>ROBERT MENENDEZ, WAEL HANA, FRED DAIBES<br>*Defendants-Appellants*. | Nos. 25-296, 25-302, 25-333 |

## JOINT MOTION OF DEFENDANTS-APPELLANTS FOR EXTENSION OF TIME TO FILE REPLY BRIEFS

Pursuant to Federal Rule of Appellate Procedure 27 and Local Rules 27.1(f) and 31.2(c), Defendants-Appellants Robert Menendez, Wael Hana, and Fred Daibes respectfully move for a brief fourteen-day extension of the deadline to file their reply briefs, up to and including October 14, 2025. This Court should grant the request in light of the extraordinary length of the government's response brief, the fact that this is defendants-appellants' first extension request and it will not delay the administration of justice, and the numerous deadlines of the litigation teams involved in this appeal.

## BACKGROUND

On June 6, 2025, all defendants-appellants timely filed opening briefs in this appeal. No. 25-296, Dkts. 78, 79, 95.

On August 14, 2025, the government moved for permission to file an oversized brief. In that motion, the government represented that its request was "in line with orders of this Court in other cases granting the Government permission to file an oversized brief." No. 25-296, Dkt. 208, at 8. The government's first example in support of this claim was *United States v. Woods, et al.*, Nos. 16-221(L), 16-313(Con). *See id.* In that case, after the government filed an oversized brief of 33,146 words, this Court granted a fourteen-day extension to one defendant for filing his reply brief and a forty-five-day extension to another. *See* No. 16-221, Dkts. 166, 172. The first defendant had suggested that the length of the government's brief counseled in favor of an extension, and the second argued this directly. No. 16-221, Dkts. 163, at 2; 168, at 3.

On September 9, 2025, the government filed its response brief in this appeal. No. 25-296, Dkt. 210. That brief contains 41,909 words and spans 174 pages.

Defendants-appellants' reply briefs are currently due September 30, 2025. *See* 2d Cir. R. 31.2(a)(2). No defendant-appellant has previously asked for an extension for his reply brief.

On September 10, 2025, counsel for defendants-appellants asked the government if it would consent to this request for a short extension. The government replied that it opposes the request.

## <u>ARGUMENT</u>

This Court should permit defendants-appellants' request for an extension of fourteen days. *First*, this request is in keeping with the extraordinary length of the

government's response brief in this appeal. That brief is nearly two hundred pages long and contains 41,909 words. Responding to the many arguments raised in the government's lengthy brief will require extensive review of the caselaw and the record. Granting a short extension will benefit this Court by providing it with a careful presentation of the issues. Indeed, in the case the government provided as the first example in support of its request to file an oversized brief, this Court granted fourteen-day and forty-five-day extensions to defendants who suggested that the length of the government's brief counseled in favor of an extension. *See United States v. Woods*, no. 16-221, Dkts. 163, 166, 168, 172.

*Second*, this is defendants-appellants' first request for an extension to the deadline for their reply briefs. Because this Court denied defendants-appellants' motions for release pending appeal, there is no possibility that this request is intended to hinder or delay the administration of justice.

*Last*, this request is warranted in light of the many deadlines of the litigation teams involved in this appeal. Over the next three weeks, counsel for defendants-appellants have numerous deadlines for filing briefs and presenting argument in other cases, including *Puris v. TikTok Inc.* (No. 25-322) in this Court.

## CONCLUSION

All defendants-appellants respectfully request a short extension of fourteen days to file their reply briefs, up to and including October 14, 2025.

Dated: September 10, 2025


_/s/ Noel J. Francisco_
Noel J. Francisco
JONES DAY
51 Louisiana Avenue NW
Washington, D.C. 20001
(202) 879-3939
njfrancisco@jonesday.com
jhthompson@jonesday.com

Meir Feder
JONES DAY
250 Vesey Street
New York, New York 10281-1047
(212) 326.3939
mfeder@jonesday.com

John Henry Thompson*
JONES DAY
1221 Peachtree Street, NE, Suite 400
Atlanta, GA 30361
jhthompson@jonesday.com
**Not admitted in Georgia. Practicing under the supervision of members of the Georgia Bar.*

David K. Suska
JONES DAY
150 West Jefferson, Suite 2100
Detroit, Michigan 48226-4438
dsuska@jonesday.com

*Counsel for Defendant-Appellant Robert Menendez*

_/s/ Paul D. Clement_
Paul D. Clement
Andrew C. Lawrence
Mitchell K. Pallaki
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com
andrew.lawrence@clementmurphy.com
mitchell.pallaki@clementmurphy.com

César De Castro
Law firm of César De Castro, P.C.
111 Fulton Street, Suite 602
New York, NY 10038
(631) 460-3951
cdecastro@cdecastrolaw.com

*Counsel for Defendant-Appellant Fred Daibes*


(continued on back)

/s/ *Christopher G. Michel*
Christopher G. Michel
William Anthony Burck
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
(202) 538-8120
christophermichel@quinnemanuel.com
williamburck@quinnemanuel.com

Alex Rossmiller
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
295 Fifth Avenue
New York, New York 10016
(212) 849-7000
alexrossmiller@quinnemanuel.com

Lawrence S. Lustberg
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
llustberg@gibbonslaw.com

*Counsel for Defendant-Appellant Wael Hana*

## CERTIFICATE OF COMPLIANCE

This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Garamond font.

This motion complies with the word limits of Federal Rule of Appellate Procedure 27(d)(2) because, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f), it contains 600 words, as determined by the word-count function of Microsoft Word 365.

Dated: September 10, 2025

*/s/ Noel J. Francisco*
Noel J. Francisco

*Counsel for Defendant-Appellant Robert Menendez*

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2025, I electronically filed the above document with the Clerk of the Court of the United States Court of Appeals for the Second Circuit by using the appellate ACMS system. I certify that all participants in the case are registered ACMS users and that service will be accomplished by the appellate ACMS system.

Dated: September 10, 2025

/s/ *Noel J. Francisco*
Noel J. Francisco

*Counsel for Defendant-Appellant Robert Menendez*